USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALONA LENSKY,                                   :
                                                :
                      Plaintiff,            :
            -against-                         :        1:20-cv-04978-GHW
                                                :
OTAR DULARIDZE and TURKISH AIRLINES, :        ORDER
INC. A/K/A TURK HAVA YOLLARI                    :
                                                :
                     Defendants.           :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As discussed during a September 4, 2020 telephone conference, Defendants' motion to dismiss for lack of personal jurisdiction is due by September 28, 2020; Plaintiff's opposition is due three weeks after the date of service of Defendants' motion; and Defendants' reply, if any, is due one week after the date of service of Plaintiff's opposition. Additionally, the Court orders the parties to confer and submit a joint letter regarding the identity of the proper Defendant and any appropriate modifications to the complaint no later than September 14, 2020.

      For the reasons discussed during the conference, discovery is stayed pending the briefing and resolution of Defendants' motion to dismiss for lack of personal jurisdiction.

      SO ORDERED.

Dated: September 4, 2020
                                                                     GREGORY H. WOODS
                                                            United States District Judge