UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALONA LENSKY & OTAR DULARIDZE,

                    Plaintiffs,

-against-                                20 **CIVIL** 4978 (GHW)

## **JUDGMENT**

TURK HAVA YOLLARI,

                    Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2021, THY's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       September 21, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                          **BY:**

                                                          **Deputy Clerk**