```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                  :

ALONA LENSKY, *et al.*,                        :

                      Plaintiffs,  :   1:20-cv-4978-GHW

            -v –                        :   <u>ORDER</u>

TURK HAVA YOLLARI A.O.,        :

                   Defendant.  :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed at the October 24, 2023 conference, the parties are directed to meet and confer on how they wish to proceed in light of the Second Circuit's September 22, 2023 summary order remanding this case for further proceedings. The parties are directed to submit a joint letter articulating their positions no later than November 7, 2023. If the parties propose additional briefing, they must propose a structure and timeline for the briefing.

      SO ORDERED.

Dated: October 24, 2023
       New York, New York

                                                              _____
                                                                GREGORY H. WOODS
                                                             United States District Judge