```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTAR DULARIDZE, ET AL.,

                   Plaintiff(s),

-v-

TURK HAVA YALLARIO A.O.,

                   Defendant(s).

**ORDER**

20-CV-4978 (GHW) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated October 10, 2024, this case was referred to me for settlement. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 11, 2024
      New York, New York

                                             _____
                                             Henry J. Ricardo
                                             United States Magistrate Judge

1