```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
ALONA LENSKY, et al.,                                           :
                                                                :
                                        Plaintiffs,             :      1:20-cv-4978-GHW
                                                                :
                     -v-                                        :      ORDER
                                                                :
TURK HAVA YOLLARI A.O.,                                         :
                                                                :
                                        Defendant.              :
                                                                :
--------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2025

GREGORY H. WOODS, United States District Judge:

During the conference held on the record on August 23, 2024, the parties requested that the Court refrain from setting a discovery schedule until after resolution of the motion to certify the Court's July 28, 2024, order for appeal. The Court resolved that motion in an opinion and order dated October 10, 2024, Dkt. No. 53, and referred this case to Magistrate Judge Henry J. Ricardo for settlement discussions, Dkt. No. 54. Seeing no indication on the docket that settlement discussions have been successful, the Court will hold a pre-trial conference on March 26, 2025, at 4:00 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

The parties are hereby ordered to submit via email (WoodsNYSDChambers@nysd.uscourts.gov) a Proposed Civil Case Management Plan and Scheduling Order in editable PDF format **at least one week before the March 26, 2025, conference**. The parties shall use this Court's form Proposed Case Management Plan and Scheduling Order available at the Court's website (https://nysd.uscourts.gov/hon-gregory-h-woods).

The parties are further ordered to submit a joint letter to the Court advising the Court on the

status of the case **at least one week before the March 26, 2025, conference**. The letter should be filed on ECF in accordance with the Court's Individual Rules using the filing event "Letter."

The status letter should not exceed six pages and should include the following:

(1) A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement or dispositive motion;

(2) A brief statement by plaintiff as to the basis of subject matter jurisdiction and venue, and a brief statement by each party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In addition, in cases for which subject matter jurisdiction is founded on diversity of citizenship, the parties shall comply with the Court's Individual Rule 2(B)(ii);

(3) A brief description of any (i) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (ii) pending motions, and (iii) other applications that are expected to be made at the status conference;

(4) A brief description of any discovery that has already taken place, and any discovery that is likely to be admissible under the Federal Rules of Evidence and material to proof of claims and defenses raised in the pleadings. (This is narrower than the general scope of discovery stated in Rule 26(b)(1));

(5) A computation of each category of damages claimed, *see* Fed. R. Civ. P. 26(a)(1)(A)(iii);

(6) A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

(7) Any other information the parties believe may assist the Court in resolving the action.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on ECF in accordance with ECF Rule 13.19 prior to the date of the conference.

SO ORDERED.

Dated: March 12, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge